United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

VRSV ONE INC,

        Defendant.

Case No.  21-cv-03839-SVK

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 17

Plaintiff reports that this case has settled.  All previously-scheduled deadlines and appearances are vacated.

By **November 16, 2021**, the parties shall file a stipulation of dismissal.  If a dismissal is not filed by the specified date, then the parties shall appear on **November 23, 2021 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.  Additionally, the parties shall file a statement in response to this Order no later than **November 16, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: October 12, 2021

SUSAN VAN KEULEN
United States Magistrate Judge